# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIO CESAR NAVAS,

    Plaintiff,

vs.

CARL HYLIN, et al.,

    Defendants.

Case No. 3:06-CV-00457-LRH-(VPC)

**ORDER**

    Plaintiff has submitted a Notice of Motion for Petition for Enlargement of Time (#12) and a Notice of Motion for Reconsideration for Civil Rights Complaint (#13). The Court dismissed the original Complaint (#7) because Plaintiff had sued one defendant who was privately employed and thus did not act under color of state law and because Plaintiff sued another defendant who might not have had anything to do with the alleged violations. The Court gave Plaintiff the opportunity to correct those defects. Order (#6). Plaintiff's Amended Complaint (#8) dropped the second defendant and still could not correct the defects with the first defendant. Given Plaintiff's continued failure to state a claim, dismissal was appropriate.

///
///
///
///
///
///

-2-

1   IT IS THEREFORE ORDERED that Plaintiff's Notice of Motion for Petition for
2   Enlargement of Time (#12) and a Notice of Motion for Reconsideration for Civil Rights Complaint
3   (#13) are **DENIED**.
4   DATED this 23rd day of July, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE